**THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **AMANDA D. POUNDS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,**<br><br>**Defendant.** | **Case No. 26-CV-103-JFH-DES** |

**OPINION AND ORDER**

Before the Court is Plaintiff's Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Dkt. No. 19.

On August 26, 2026, the Court entered judgment remanding the decision of the Social Security Administration for further administrative proceedings. Dkt. No. 18. On September 14, 2026, Plaintiff filed her motion for award of attorney fees, seeking $7,036.20 to compensate for 26.50 hours of attorney time. Dkt. No. 19 at 2, 3. The Commissioner does not object to Plaintiff's request for attorney fees. [Dkt. No. 20]. Having reviewed the case file, the Court finds that Plaintiff is a prevailing party, that an award of attorney fees is just, and the requested fees are reasonable and properly documented.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Award of Attorney Fees [Dkt. No. 19] is GRANTED, and Plaintiff is awarded EAJA fees in the amount of $7,036.20 payable to Plaintiff in care of her counsel. If Plaintiff's counsel also ultimately receives an award of attorney fees under 42 U.S.C. § 406(b), counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

Dated this 28th day of September 2026.

JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE